# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN THE MATTER OF:                           :
    TAGGART

                                     :     CA 22-cv-1823

                                     :

## **N O T I C E**

The record on appeal from the Bankruptcy Court in the above captioned case was entered on the docket in this office on 6/7/22 and has been assigned to the Honorable John M. Younge.

The following is the schedule for filing briefs with this office:

    (1) The Appellant shall serve and file his brief within 30 days after entry of the record on appeal.

    (2) The Appellee shall serve and file his brief within 30 days after service of the brief of the Appellant.

    (3) The Appellant may serve and file a reply brief within 14 days after service of the brief of the Appellee.

                                              **GEORGE WYLESOL**
                                              Clerk of Court

                                              By: s/John Arrow
                                                    John Arrow, Deputy Clerk

cc:    PAMELA ELCHERT THURMOND
          KENNETH J. TAGGART
          GEORGE M. CONWAY
          ROBERT JOSEPH SCHNEIDER , JR.

civ651.frm
(06/2016)